**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CALVIN RAY COBBS, SR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 1702 |
| | ) | |
| **PABLO CHUN YU WONG**, etc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

Calvin Ray Cobbs, Sr. ("Cobbs"), reflecting a mistaken belief that is unfortunately held by many pro se plaintiffs unfamiliar with the federal court system, has just sought to come to this District Court through the use of three Clerk's-Office-supplied forms: a "Complaint Under the Civil Rights Act, Title 42 Section 1983," an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). Because Cobbs' Complaint clearly does not come within the subject matter jurisdiction of this District Court as circumscribed by Congress, this memorandum order is issued sua sponte to dismiss both Cobbs' Complaint and this action for lack of such jurisdiction -- a dismissal that is without prejudice to the possibility that Cobbs may have some claim that can be entertained by a state court of competent jurisdiction.[1]

Although Cobbs' contentions are difficult to follow, they plainly reflect a private dispute with the several defendants whom he targets in his Complaint, and his claims also lack the total diversity of citizenship required to invoke that branch of federal subject matter jurisdiction. Accordingly:

---

[1] This Court expresses no view on that subject, so that the dismissal order here is without prejudice to Cobbs' possible ability to enlist the aid of a state court for his claim or claims.

1.      As indicated earlier, both the Complaint and this action are dismissed, but

        without prejudice as explained in n.1.

2.      Both the Application and the Motion are denied as moot.


_____
Milton I. Shadur
Senior United States District Judge

Date:  March 9, 2017